### NATIONAL LINEN SERVICE CORPORATION *v.* MAYOR AND ALDERMEN OF MILLEDGEVILLE.

GILBERT, J. Under the rulings in *Cathcart Van & Storage Co.* v. *Atlanta,* 169 *Ga.* 791 (151 S. E. 489), and cit., *Southern Oil Stores Inc.* v. *Atlanta,* 177 *Ga.* 602 (170 S. E. 801), and *Georgia Public Service Commission* v. *Parcel Delivery Co.,* 177 *Ga.* 600 (170 S. E. 800), the court did not err in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 9785. OCTOBER 13, 1933. REHEARING DENIED NOVEMBER 15, 1933.

*Frank W. Bell, H. J. Haas, B. S. Boley,* and *J. F. Haas,* for plaintiff.

*Hines & Carpenter,* for defendant.